UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

                          Plaintiff,

              -against-

DEPT. OF JUSTICE,

                          Defendant.

1:22-CV-6663 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 22, 2022, dismissing this action without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Kryst Zawadzki at the address listed on the court's docket.

SO ORDERED.

 Dated:   August 22, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge